

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00570-CV

**IN RE** Kane **PICKREL**, Individually and on Behalf of the Estate of His Deceased Wife, Brenna Cole-Pickrel, Relator

Original Proceeding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Lori Massey Brissette, Justice

Delivered and Filed: August 5, 2026

DISMISSED FOR LACK OF JURISDICTION

On July 24, 2026, Relator filed a petition for writ of mandamus complaining the City of Alamo Heights and Rick Pruitt, Alamo Heights Police Chief, in his official capacity, failed to issue a criminal citation against a third party. Relator has failed to cite to, and our research has not identified, any statute which gives this court original jurisdiction over the identified respondents. TEX. CONST. art. V, § 6; TEX. GOV'T CODE ANN. § 22.221 (intermediate appellate courts "may issue all writs of mandamus . . . against a judge of a district, statutory county, statutory probate county, or county court in the court of appeals district"); *see In re McVea*, No. 04-26-00190-CR, 2026 WL 817898 (Tex. App.—San Antonio Mar. 25, 2026, orig. proceeding). Accordingly, this petition is dismissed for lack of jurisdiction.

PER CURIAM